IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-HC-2139-D

ALBERTO CAMPOS,                    )
                                   )
                Petitioner,        )
                                   )
        v.                         )            **ORDER**
                                   )
UNNAMED RESPONDENT,                )
                                   )
                Respondent.        )

On May 28, 2019, Magistrate Judge Numbers issued a Memorandum and Recommendation

("M&R") [D.E. 12] and recommended that the court grant respondent's motion to dismiss [D.E. 8]

and dismiss Alberto Campos's ("Campos" or "petitioner") petition for a writ of habeas corpus under

28 U.S.C. § 2241 [D.E. 1]. Campos did not object to the M&R.

"The Federal Magistrates Act requires a district court to make a de novo determination of

those portions of the magistrate judge's report or specified proposed findings or recommendations

to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th

Cir. 2005) (emphasis, alteration, and quotation omitted); see 28 U.S.C. § 636(b). Absent a timely

objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that

there is no clear error on the face of the record in order to accept the recommendation." Diamond,

416 F.3d at 315 (quotation omitted).

The court has reviewed the M&R and the record. The court is satisfied that there is no clear

error on the face of the record. Accordingly, the court adopts the conclusions in the M&R [D.E. 12].

In sum, the court ADOPTS the conclusions in the M&R [D.E. 12], GRANTS respondent's

motion to dismiss [D.E. 8], and DISMISSES Campos's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [D.E. 1]. The clerk shall close the case.

SO ORDERED. This _5_ day of August 2019.

JAMES C. DEVER III
United States District Judge